# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEUDY JORGE BENJAMIN CORDERO, | Case No. 1:26-cv-02500-JLT-SAB-HC |
| Petitioner, | |
| v. | ORDER FOR SUPPLEMENTAL BRIEFING |
| U.S. ATTORNEY GENERAL/ICE, | |
| Respondent. | |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 that challenges his immigration detention on statutory and due process grounds. (ECF No. 1.)

On April 17, 2026, Respondent filed a response, arguing that "Petitioner is an 'applicant for admission' who is subject to mandatory detention under 8 U.S.C. § 1225(b)(2)(A)." (ECF No. 7 at 1.) Respondent also stated that "an order of removal has been issued against [Petitioner] on April 2, 2026" and "Petitioner reserved appeal and the appeal period before the Board of Immigration Appeals expires on May 2, 2026." (Id. at 2.)

A search of the Executive Office for Immigration Review's ("EOIR") Automated Case Information System using Petitioner's A-Number indicates that no appeal was received for Petitioner's case. See https://acis.eoir.justice.gov/en/caseInformation (last visited June 25, 2026). The Court finds that supplemental briefing on the impact of the removal order, if any, on the petition would assist the Court in this matter.

1

Accordingly, the Court HEREBY ORDERS that:

1. Within fourteen (14) days of the date of service of this order, Respondents SHALL FILE a supplemental brief addressing the issue set forth above; and

2. Within fourteen (14) days of the date of service of Respondents' supplemental brief, Petitioner MAY FILE a supplemental brief.

IT IS SO ORDERED.

Dated:    **June 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge