# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEUDY JORGE BENJAMIN CORDERO,<br>Petitioner,<br>v.<br>U.S. ATTORNEY GENERAL/ICE,<br>Respondents. | Case No. 1:26-cv-02500-JLT-EPG-HC<br><br>ORDER GRANTING RESPONDENTS' MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 16) |

Respondents have moved for a two-business-day extension of time to file a response to the first amended petition. (ECF No. 16.)

The motion for extension of time (ECF No. 16) is GRANTED. Respondents' response is due October 20, 2026.

IT IS SO ORDERED.

Dated: **October 19, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE